NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE SHELDON BREINER

---

2011-1387
(Serial No. 11/322,051)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Sheldon Breiner moves for a 20-day extension of time, until December 21, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 0 6 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James S. McDonald, Esq
    Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2011

JAN HORBALY
CLERK